OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
2014 APR 23 P 1:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14-80103 MISC
WHA

7012 3050 0001 7210 2229

CERTIFIED MAIL

Matthew D. Muller
785 Market St., 15th Fl
San



UNITED STATES POSTAGE
02 1M
0004285235
MAILED FROM ZIPCODE 94102
$ 06.48⁰
PITNEY BOWES
APR 11 2014

NIXIE    957    SC   1         0004/20/14
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 94102348999         *1240-02904-11-38*