IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Matthew D. Muller - #275832 | No. C 14-80103 WHA<br><br>**ORDER OF SUSPENSION** |

Because Matthew D. Muller has failed to respond to the order to show cause, Mr. Muller's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE