

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

14-80103 WHA

FILED
JUL 07 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL - 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RETURN TO SENDER

SAN FRANCISCO CA 941

02 1M
0004285235
MAILED FROM ZIPCODE 94102
JUN 27 2014
$ 00.48⁰

Matthew D. Muller
785 Market Street
15th Floor
San Francisco, CA 94103

CV14-80103 WHA